UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CS,<br><br>                  Plaintiff,<br><br>   v.<br><br>ERNEST DALE CALHOUN,<br><br>                  Defendant. | NO:  1:14-CV-3106-RMP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND SCHEDULING HEARING ON DAMAGES |

BEFORE the Court, without oral argument, is Plaintiff C.S.'s Motion for Entry of Default Judgment, **ECF No. 26**, filed on May 6, 2015.  A Clerk's Order of Default was entered against Defendant Ernest Dale Calhoun on April 1, 2015.  ECF No. 25.

Plaintiff moves for default judgment in his favor and for an award of $5 million in damages.  After considering the submitted materials, including Plaintiff's affidavit, and the records and files herein, the Court is fully informed and finds that good cause exists to grant the motion for entry of default judgment in Plaintiff's favor.  Fed. R. Civ. P. 54(b) and (c).  However, the Court reserves

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ~ 1

ruling on the appropriate amount of damages pending receipt of additional documentation, as described below.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff C.S.'s Motion for Entry of Default Judgment, **ECF No. 26,** is **GRANTED**.

2. Judgment shall be entered in Plaintiff's favor.

3. Pursuant to Fed. R. Civ. P. 55(b)(2)(B), the Court requires additional documentation in order to determine the appropriate amount of damages. No later than **July 6, 2015**, Plaintiff must submit documentation itemizing each category of damages and proving that they are warranted.

4. Any request for a hearing on damages must be made no later than **July 6, 2015.**

5. Defendant may file objections to the documentation provided by Plaintiff or submit other responsive documents on the damages issue no later than **August 6, 2015**. Plaintiff may file a reply to Defendant's objections or submissions no later than **August 27, 2015**.

**IT IS SO ORDERED**.

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ~ 2

1  The District Court Clerk is directed to enter this Order, enter judgment as
2  outlined above, provide a copy to Plaintiffs' counsel, and mail a copy of this Order
3  via certified mail to Defendant Calhoun at the following address:

4  Ernest Dale Calhoun
   2601 S. Broadway, #50
5  La Porte, TX 77871.

6  **DATED** this 4th day of June 2015.

7

8  　　　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
   　　　　　　　　　　　　ROSANNA MALOUF PETERSON
9  　　　　　　　　　　　Chief United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ~ 3