AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CS,

_____          )
             *Plaintiff*                  )
              v.                          )      Civil Action No.   1:14-CV-3106-RMP
ERNEST DALE CALHOUN,                      )
_____          )

_____
             *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Judgment is entered in Plaintiff's favor.  Pursuant to Fed. R. Civ. P. 55(b)(2)(B), the Court requires additional
documentation in order to determine the appropriate amount of damages.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Rosanna Malouf Peterson _____ on a motion for
Entry of Default Judgment.

Date:  June 4, 2015 _____          *CLERK OF COURT*

                                             SEAN F. McAVOY
                                             _____

                                             s/ Penny Lamb
                                             _____
                                                         *(By) Deputy Clerk*

                                             Penny Lamb
                                             _____